AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Maine

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

70 Molly's Point Road
Southport, ME 04576

Case No. 2:23-mj-209-KFW

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to Affidavit of Special Agent David C. Fife

located in the _____ District of _____ Maine _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to Affidavit of Special Agent David C. Fife

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 542 | Entry of Goods by False Statement |
| 18 USC Sec. 545 | Smuggling of Goods into the U.S. |
| 18 USC Sec. 371 | Conspiracy |
| 50 USC Sec. 1705 | |

The application is based on these facts:

See attached Affidavit of Special Agent David C. Fife

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David C. Fife
*Printed name and title*

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jul 25 2023

*Judge's signature*

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*