# ATTACHMENT A

70 Molly's Point Road, Southport, ME 04576 is a single-family home situated at the end of a long driveway on a densely wooded property along the mouth of the Sheepscot River/Casco Bay. The house itself sits on a rocky promontory overlooking the bay, and is visible only from the water or air, not the road. The house, which features a light grey roof, is approximately 9,500 square feet in size and incorporates a distinct peaked turret-style roof at its southernmost point with wrap-around windows. Large modern art sculptures are visible from the road when looking down the driveway.

The following image depicts the residence from the air on/around March 2, 2023:

